UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                       :

UNITED STATES OF AMERICA,        :

        -v-                          :     19-CR-651 (LTS)

KELLY KARKI LAM,                   :

               Defendant.        :
-------------------------------------------------------------------X

ORDER

        A conference is hereby scheduled in the matter of the above-captioned defendant for **January 21, 2021, at 2:00 p.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
        July 29, 2020

                                                                    __/s/ Laura Taylor Swain___
                                                                     LAURA TAYLOR SWAIN
                                                                     United States District Judge