

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 5, 2021

**BY ECF**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

    Re:    *United States v. Kelly Karki Lam*, 19 Cr. 651 (LTS)

Dear Judge Swain:

    A conference is currently scheduled in the above-captioned case for defendant Kelly Karki Lam for January 21, 2021 at 2:00 p.m. The parties write to respectfully request that that conference be adjourned *sine die*.

    By way of background, on July 28, 2020, Lam entered into a deferred prosecution agreement with the Government for a period of six months. *See* Dkt. 299-301. That six-month period will expire on or about January 28, 2021. At that point, provided Lam has complied with the terms of the agreement, the Government intends to seek an order of *nolle prosequi* dismissing the charges against Lam.

Honorable Laura Taylor Swain
January 5, 2021
Page 2 of 2


      Accordingly, the parties respectfully submit that the currently scheduled January 21 conference, which would occur before the expiration of Lam's deferred prosecution period, need not occur.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York


By:     /s/

Elizabeth A. Hanft
Samuel P. Rothschild
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2334/6527/2616

cc:    Jack Goldberg, Esq. (by ECF)


The conference is adjourned <u>sine die</u>.  The Government must file a further status report by January 29, 2021, if no *nolle prosequi* application has been filed by that date. DE# 429 resolved.
SO ORDERED.
1/5/2021
/s/ Laura Taylor Swain, USDJ